UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LUCAS B. HORTON,

  Plaintiff,

v.                                                   No. 4:22-cv-0009-P

TARRANT COUNTY HOSPITAL DISTRICT,

  Defendant.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing this case (ECF No. 19),

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **3rd day** of **March, 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE